UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: | CASE NO. 24-61213 |
|---|---|
| **Albert T. Domingo, M.S., M.D., Inc.** | CHAPTER 7 |
| Debtor(s). | JUDGE Mary Ann Whipple |

**APPLICATION FOR AUTHORITY TO EMPLOY
KIKO AUCTIONEERS AS TRUSTEE'S APPRAISER**

    Now comes Lisa M. Barbacci, Chapter 7 Trustee, and hereby makes this Application for Authority to Employ Kiko Auctioneers of 2722 Fulton Drive, NW, Canton, Ohio 44718-3507 as Appraiser pursuant to 11 U.S.C. §327 for the purpose, reasons, and upon the terms set forth in this Application:

    1. The Debtor(s) filed a voluntary petition under the United States Bankruptcy Code on Sep 5, 2024, with Lisa M. Barbacci being appointed to serve as the Trustee and is hereinafter referred to as the "Trustee."

    2. The Trustee seeks the Court's authorization to employ Kiko Auctioneers ("Appraiser") to conduct an appraisal of personal property related to the medical office operated by Debtor ("Property").

    3. The Trustee intends to sell said Property for the benefit of the unsecured creditors of the estate.

    4. The Trustee is informed and believes that the Appraiser has the appropriate knowledge and skills needed to perform the appraisal. The Appraiser has agreed to perform the appraisal of the Property and has agreed to accept as its fee such amounts as are determined by the Court.

    5. Subject to court approval, the Trustee and the Appraiser have agreed that the Appraiser is to be paid $350 plus expenses for the appraisal. The Trustee believes this cost is customary and reasonable for the services to be provided.

    6. The Trustee believes that the granting of this Application is in the best interest of the creditors and the estate.

    7. The Trustee has attempted to determine whether the Appraiser is a disinterested person within the meaning of 11 U.S.C. §101(14) and Rules 2014 and 2016(a) of the Federal Rules of Bankruptcy Procedure. Attached hereto and incorporated herein is a Declaration of Person in Support of this Application supporting the Trustee's conclusion that the Appraiser is a disinterested person within the meaning of the Bankruptcy Code and Rules and does not hold or represent any interest adverse to the interest of the estate or the Trustee.

    8. The Appraiser is aware of the provisions of 11 U.S.C. §328 and has agreed on her own behalf, notwithstanding the terms and conditions of employment set forth herein,

that the Court may allow compensation different from the compensation provided herein if such terms and conditions prove to have been improvident in light of developments unanticipated at the time of the fixing of such terms and conditions.

9. For the foregoing and all other necessary and proper purposes, the Trustee desires to retain Kiko Auctioneers as the Trustee's appraiser in this case.

WHEREFORE, the Trustee prays that this Application be granted and that the Trustee be authorized to employ Kiko Auctioneers as Appraiser to conduct an appraisal of the Debtor(s)' Property on the terms and conditions contained in this Application pursuant to 11 U.S.C. §327(a) and FRBP 2014 and 2016.

Respectfully submitted,
/s/ Lisa M. Barbacci, Trustee - Canton
Lisa M. Barbacci, Trustee - Canton (0039392)
LISA M. BARBACCI - BANKRUPTCY TRUSTEE
600 EAST SMITH ROAD
(SIDE ENTRANCE)
MEDINA, OH 44256-2666
(330)722-4488
barbaccitrustee@gmail.com
CHAPTER 7 TRUSTEE

**NOTICE OF APPLICATION**

Lisa M. Barbacci, Trustee, has filed papers with the court to hire a professional.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to authorize this application, or if you want the court to consider your views on the Application, then **on or before December 18, 2024,** you or your attorney must:

File with the court a written request for a hearing {*or, if the court requires a written response*, an answer explaining your position} at:

    Bankruptcy Clerk of Court
    Ralph Regula Federal Building and United States Courthouse
    401 McKinley Ave SW
    Canton, OH 44702-1745

If you mail your request/response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

**You must also mail a copy to:**

| Lisa M. Barbacci | and | Office of the U.S. Trustee |
| Chapter 7 Trustee | | H.M. Metzenbaum Courthouse |
| 600 E Smith Rd. | | 201 Superior Ave. E., Ste. 441 |
| Medina, OH 44256 | | Cleveland, Ohio 44114-1240 |

If you do not respond in writing the Court may grant the relief requested without a hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

Date: December 4, 2024          /s/Lisa M. Barbacci
                                                       Lisa M. Barbacci (0039392)

**CERTIFICATE OF SERVICE**

I, Lisa M. Barbacci, hereby certify that the foregoing Application was transmitted electronically on or about December 4, 2024, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Lisa M. Barbacci, Trustee - Canton    barbaccitrustee@gmail.com, lbarbacci@ecf.axosfs.com
- Edwin H. Breyfogle    edwinbreyfogle@gmail.com, BreyfogleER84552@notify.bestcase.com
- Bryan J. Farkas    bjfarkas@vorys.com, bjfarkas@vorys.com;savasquez@vorys.com;mdwalkuski@vorys.com
- Deborah L. Fish    dfish@allardfishpc.com
- Spencer Lutz    spencer.lutz@usdoj.gov
- United States Trustee    (Registered address)@usdoj.gov
- And by regular U.S. Mail or by e-mail, as requested, on December 4, 2024, to the following parties

  
- Ashley M. Ritchey
- Eric Bevington
- Kiko Auctioneers
- 2722 Fulton Drive, NW
- Canton, Ohio 44718-3507
- 

                                                                                           /s/ Lisa M. Barbacci, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: | CASE NO. 24-61213 |
|---|---|
| **Albert T. Domingo, M.S., M.D., Inc.** | CHAPTER 7 |
| Debtor(s). | JUDGE Mary Ann Whipple |

## DECLARATION IN SUPPORT OF THE APPLICATION TO EMPLOY

The undersigned, ASHLEY M. RITCHEY, hereby states:

1. She is an Auctioneer\Appraiser licensed with the State of Ohio with experience auctioning and appraising personal property including the miscellaneous furniture, medical equipment and office supplies described in the annexed Application to Employ Appraiser ("Application").
2. That she has been an Auctioneer\Appraiser with Kiko Auctioneers for over 8 years.
3. That she has read the Application and that she agrees to and approves all the terms and conditions therein.
4. That she has no connection with the Debtor(s), the Trustee, the Creditors, or any other party in interest, or their respective attorneys and/or accountants, the United States Trustee or any person employed in the Office of the United States Trustee.
5. That she is a disinterested person and does not hold or represent any interest adverse to the interest of the estate or the Trustee.
6. That she is not a relative of the Bankruptcy Judge approving the employment and Kiko Auctioneers is not or has not been connected with the Trustee, the United States Trustee or the Bankruptcy Judge so as to render the appointment of Kiko Auctioneers improper.

I declare under penalty of perjury, on this the \_\_\_\_4\_\_\_\_ day of December 2024, that the foregoing is true and correct.

*Ashley Ritchey*
_____
ASHLEY M. RITCHEY