In re:  Case No. 24-61213-maw
Albert T. Domingo, M.S., M.D., Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: 177a | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Albert T. Domingo, M.S., M.D., Inc., c/o Jessica Domingo, 2661 Loyola Circle, NW, North Canton, OH 44720-7841 |
| ombh | + | Deborah L. Fish, Allard & Fish, P.C., 211 West Fort Street, Suite 705, Detroit, MI 48226-3263 |
| app | + | Kiko Auctioneers, (Ashley M. Ritchey/Eric Bevington), 2722 Fulton Drive, N.W., Canton, OH 44718-3506 |
| 27935623 | | Alexandria Walsh, 512 Whitetail Tr., Canton, OH 44704 |
| 27935624 | + | Aqua Ohio, 762 W. Lancaster Ave, Bryn Mawr, PA 19010-3402 |
| 27935626 | + | August Poisinelli, 7011 Wren NW, North Canton, OH 44720-7052 |
| 27935627 | | Barbara Nicholas, 8448 Rustic Ridge Circle, Massillon, OH 44646 |
| 27935628 | + | Black, McCuskey, 4505 Stephen Cir. NW, Canton, OH 44718-3683 |
| 27935629 | + | Canton City Utilities, PO Box 9955, Canton, OH 44711-0955 |
| 27935630 | + | Charo Case, 209 N. Crater Ave., Dover, OH 44622-1875 |
| 27935631 | + | Christina Gray, 10272 Roher Rd, Orrville, OH 44667-9744 |
| 27935632 | | Christine Debevec, 8793 Scotsbury St SW, Massillon, OH 44646 |
| 27935633 | + | Consensus Cloud Solutions, 700 S. Flower St Suite 1500, Los Angeles, CA 90017-4202 |
| 27935634 | + | Diane Stevenson, 2124 Beachtree Dr, Uniontown, OH 44685-8836 |
| 27935636 | + | Eva Zorger, 1608 13th St SE, Massillon, OH 44646-8110 |
| 27935637 | + | EverBank, PO Box 911608, Denver, CO 80291-1608 |
| 27935638 | + | Go Shred, 5914 Wolf Run Rd, Dennison, OH 44621-8911 |
| 27935639 | + | Greener Scapes Irrigation & Landsca, 3751 State St. NE, Canton, OH 44721-1529 |
| 27935640 | + | Jackie Mencer, 2013 50th St SE, Canton, OH 44709-1107 |
| 27995118 | + | James D. Schweikert, Black McCuskey Soures & Arbaugh LPA, 4505 Stephen Circle NW, Suite 200, OHIO, Canton 44718-3683 |
| 27935641 | + | Kalli Henderhan-Miller, 2600 15th St NW, Canton, OH 44708-3123 |
| 27935642 | + | Karen Monahan, 7011 Wren Ave. NW, North Canton, OH 44720-7052 |
| 27935643 | + | Kathryn West, 6033 A Plum St, Louisville, OH 44641-9410 |
| 27935644 | | Kelly Wilt, 6454 Marlin Dr SE, East Sparta, OH 44626 |
| 27935646 | | Kuwatch & Co. Collections, 44505 Stephen Circle NW, Canton, OH 44718 |
| 27995119 | + | Kuwatch & Company, c/o James D. Schweikert, 4505 Stephen Circle NW, Suite 200, Canton, OH 44718-3683 |
| 27935647 | + | Linda Pickens, 2260 University Dr. SE, Massillon, OH 44646-7443 |
| 27935648 | + | Mark H Colton, Esq., 30555 Northwestern Highway #300, Farmington, MI 48334-3160 |
| 27935649 | + | McKesson Medical Surgical, 3769 Commerce Center Blvd, Bethlehem, PA 18015-2140 |
| 27979992 | + | McKesson Medical-Surgical Inc., 9954 Mayland Drive, Suite 4000, Stephanie Hampton, Henrico, VA 23233-1484 |
| 27935650 | + | Medline, 1730 W. 25th St, Cleveland, OH 44113-3108 |
| 27935651 | + | Michele Fay, 6082 Island Dr NW, Canton, OH 44718-1341 |
| 27935652 | + | Miracle Clean Services, PO Box 26469, Akron, OH 44319-6469 |
| 27935653 | + | Mykayla Wright, 1652 Discovery Rd, North Canton, OH 44720-1012 |
| 27935654 | + | Nanette Himes, 1049 Archmere Dr, Akron, OH 44319-2003 |
| 27935657 | | Spectrum, 1900 Blue Crest Lane, Bryn Mawr, PA 19010-3489 |
| 27935662 | + | TK Elevator Corp., 3100 Interstate North Cir. SE #500, Atlanta, GA 30339-2296 |
| 27935658 | + | Tara Johnson, 1000 Rosylyn Ave. SW, Canton, OH 44710-1908 |
| 27935659 | + | Televox, 11650 Miracle Hills Dr. Suite 400, Omaha, NE 68154-4498 |
| 27935660 | + | The Klingstedt Bros. Co. INC, 425 Schroyer Ave SW, Canton, OH 44702-2012 |
| 27935661 | | Thryv, PO Box 61909, Dallas, TX 75261 |
| 27935663 | + | Tunji-Mae, 2661 Loyola Circle NW, North Canton, OH 44720-7841 |
| 27935664 | + | Tunji-Mae, 2661 Loyola NW, North Canton, OH 44720-7841 |
| 27935665 | + | Valory Sweat, 2357 23rd St NE, Canton, OH 44705-2463 |
| 27935666 | + | VaxCare, 3113 Lawton Rd. #250, Orlando, FL 32803-3517 |
| 27935668 | + | Witschey, Witchey & Firestine, 405 Rothrock Rd #103, Akron, OH 44321-3146 |
| 27935669 | + | Zelis Payment, 149 Newbury St 5th Floor, Boston, MA 02116-3099 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| tr | EDI: QLBAFARIN.COM | Jan 30 2025 01:44:00 | Lisa M. Barbacci, Trustee - Canton, Lisa Barbacci - Bankruptcy Trustee, 600 East Smith Road, (Side Entrance), Medina, OH 44256-2666 |
| ust | + Email/Text: ustpregion09.cl.ecf@usdoj.gov | Jan 29 2025 21:04:00 | United States Trustee, Office of the U.S. Trustee, H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East Suite 441, Cleveland, OH 44114-1234 |
| 27935625 | + EDI: ATTWIREBK.COM | Jan 30 2025 01:44:00 | AT&T, PO Box 5080, Carol Stream, IL 60197-5080 |
| 27935635 | + Email/Text: mcolton@domesticuniform.com | Jan 29 2025 21:05:00 | Domestic Uniform Rental, 234 Belmont Ave., Youngstown, OH 44502-1128 |
| 27935645 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 29 2025 21:04:00 | KeyBank, 4910 Tiedman Rd, Cleveland, OH 44144-2338 |
| 27935656 | + Email/Text: bankruptcy@pb.com | Jan 29 2025 21:05:00 | Pitney Bowes, 1 Elmcroft Rd, Stamford, CT 06926-0700 |
| 27935667 | Email/Text: BankLegalDocs@westfield-bank.com | Jan 29 2025 21:05:00 | Westfield Bank, 2 Park Circle, Westfield Center, OH 44251 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| intp | | Jessica Domingo |
| cr | | Westfield Bank, FSB |
| 27935655 | | NextGen Helthcare, Inc., PO Box 809390 |
| aty | * | Lisa M. Barbacci, Trustee - Canton, Lisa Barbacci - Bankruptcy Trustee, 600 East Smith Road, (Side Entrance), Medina, OH 44256-2666 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bryan J. Farkas | |

    on behalf of Creditor Westfield Bank FSB bjfarkas@vorys.com, bjfarkas@vorys.com;savasquez@vorys.com;mdwalkuski@vorys.com

Deborah L. Fish
    on behalf of Health Care Ombudsman Deborah L. Fish dfish@allardfishpc.com

Edwin H. Breyfogle
    on behalf of Debtor Albert T. Domingo M.S., M.D., Inc. edwinbreyfogle@gmail.com, BreyfogleER84552@notify.bestcase.com

Lisa M. Barbacci, Trustee - Canton
    barbaccitrustee@gmail.com lbarbacci@ecf.axosfs.com

Lisa M. Barbacci, Trustee - Canton
    on behalf of Trustee Lisa M. Barbacci Trustee - Canton barbaccitrustee@gmail.com, lbarbacci@ecf.axosfs.com

Spencer Lutz
    on behalf of U.S. Trustee United States Trustee spencer.lutz@usdoj.gov

TOTAL: 6

**Case No. 24−61213−maw**

**In re: (Name of Debtor)**
 Albert T. Domingo, M.S., M.D., Inc.
 c/o Jessica Domingo
 2661 Loyola Circle, NW
 North Canton, OH 44720

**Social Security No.:**

**Employer's Tax I.D. No.:**
 34−1640225

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

Last date to file claims: **May 8, 2025**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. Effective February 1, 2019, the Electronic Proof of Claim (ePOC) filing program is available on the court's website for all users to file a Proof of Claim, Amended Proof of Claim, Withdrawal of Claim, and Supplement to a Claim. A login/password is **not** required to use ePOC. Parties not represented by an attorney and registered CM/ECF filers may use this service. Access and instructions for ePOC filing are available in the ECF and Case Info section of the court website at www.ohnb.uscourts.gov. Parties who would like to file a Proof of Claim manually may obtain a Proof of Claim form (Official Form B410) from the Forms page of the United States Court's website at www.uscourts.gov, or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** January 29, 2025                                                                                  For the Court
Form ohnb177                                                                                                 Josiah C. Sell, Clerk